[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 22, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15504

_____

D. C. Docket No. 03-03854-CV-JOF-3

CARL COPELAND,

Plaintiff-Appellant,

versus

CVS PHARMACY, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(May 22, 2007)**

Before PRYOR, KRAVITCH and ALARCON,* Circuit Judges.

PER CURIAM:

_____

*Honorable Arthur L. Alarcon, United States Circuit Judge for the Ninth Circuit, sitting by designation.

After careful consideration of the record and the written and oral arguments of the parties, we conclude that summary judgment was properly granted in favor of CVS.  We affirm based on the well-reasoned opinion of the district court and the thorough report and recommendation of the magistrate judge.

**AFFIRMED.**